United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY MCCLUSKEY,<br><br>    Plaintiffs,<br><br>v.<br><br>ALLIED PACKING AND SUPPLY INC, et al.,<br><br>    Defendants.<br>_____/ | No. C-10-05152 (DMR)<br><br>**ORDER VACATING HEARING ON DEFENDANT'S MOTION FOR A MORE DEFINITE STATEMENT AND REASSIGNING MATTER** |

On December 20, 2010, Defendant Eastman Kodak filed a Motion for A More Definite Statement, pursuant to Federal Rule of Civil Procedure 12(e). *See* Docket No. 8. Defendant Eastman Kodak noticed a hearing on its Motion for A More Definite Statement for January 27, 2011 at 11:00 a.m.

Pursuant to 28 U.S.C. § 636, a signed consent to the jurisdiction of the Magistrate Judge must be filed by each party before consideration of any dispositive motion. As an order on Defendant Eastman Kodak's Motion for A More Definite Statement could result in a dispositive ruling, the undersigned is unable to rule on this matter without the consent of all parties. The Court is in receipt of Defendant Eastman Kodak's signed consent to proceed before a Magistrate Judge (*see* Docket No. 9), but has not received signed consents from Plaintiff or any other Defendants. Based upon the large number of Defendants in this matter and the likelihood that one or more parties will elect not to consent to the jurisdiction of a Magistrate Judge, the Court hereby VACATES the

January 27, 2011 hearing on Defendant Eastman Kodak's Motion for a More Definite Statement and orders the matter be immediately reassigned to an Article III District Judge.

IT IS SO ORDERED.

Dated: December 23, 2010



_____
DONNA M. RYU
United States Magistrate Judge

2