1
2
3
4
5
6
7                     UNITED STATES DISTRICT COURT
8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                              OAKLAND DIVISION

10
11   GARY MCCLUSKEY AND CAROL MCCLUSKEY,            Case No: C 10-05152 SBA
12           Plaintiffs,                            **ORDER REMANDING ACTION**
13       vs.
14   ALLIED PACKING & SUPPLY, INC., et al.,
15           Defendants.
16

17       Pursuant to the parties' stipulation (Dkt. 19-4),
18       IT IS HEREBY ORDERED THAT the instant action is REMANDED forthwith to
19   the Alameda County Superior Court. The Clerk shall close the file and terminate any
20   pending matters and deadlines.
21       IT IS SO ORDERED.
22   Dated: January 19, 2011
                                                 _____
23                                               SAUNDRA BROWN ARMSTRONG
                                                 United States District Judge
24
25
26
27
28